SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 10/15/2018 | $ **1,132.19 |

VALERIE J BRADDEE-BROWN
P.O. BOX 264
MCCLELLANDTOWN, PA 15458 US

**NON NEGOTIABLE**

| Employee Name: BRADDEE-BROWN, VALERIE J | | | | Employee No: 9033 | Period End: 10/15/2018 | Deposit ID: 118555 |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 1,368.38 | 25,865.57 | VISION | 6.65 | 126.35 |
| RETRO | | | 133.00 | | | |
| TOLLS | | | 10.14 | UNIONTOWN LST | 2.17 | 41.23 |
| MILEAGE | 1.00 | 49.28 | 760.76 | UNIONTOWN | 13.62 | 258.75 |
| | | | | PA INCOME TAX | 41.81 | 794.34 |
| | | | | PA UNEMPLOYMENT | 0.82 | 15.72 |
| | | | | FEDERAL INC TAX | 116.22 | 2,263.96 |
| | | | | MEDICARE | 19.75 | 375.20 |
| | | | | SOCIAL SECURITY | 84.43 | 1,604.12 |

Checking 9080       10/15/2018       1,132.19

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 16.84 | 1,417.66 | 285.47 | 1,132.19 | 26,769.47 | 5,479.67 | 21,289.80 |

MLR

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 09/28/2018 | $ **1,082.91 |

VALERIE J BRADDEE-BROWN
P.O. BOX 264
MCCLELLANDTOWN, PA 15458 US

NON NEGOTIABLE

| Employee Name | | | | Employee No | Period End | Deposit ID |
|---|---|---|---|---|---|---|
| BRADDEE-BROWN, VALERIE J | | | | 9033 | 9/30/2018 | 118327 |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 1,368.38 | 24,497.19 | VISION | 6.65 | 119.70 |
| RETRO | | | 133.00 | | | |
| TOLLS | | | 10.14 | UNIONTOWN LST | 2.17 | 39.06 |
| MILEAGE | | | 711.48 | UNIONTOWN | 13.62 | 245.13 |
| | | | | PA INCOME TAX | 41.81 | 752.53 |
| | | | | PA UNEMPLOYMENT | 0.82 | 14.90 |
| | | | | FEDERAL INC TAX | 116.22 | 2,147.74 |
| | | | | MEDICARE | 19.75 | 355.45 |
| | | | | SOCIAL SECURITY | 84.43 | 1,519.69 |

Checking 9080     09/28/2018     1,082.91

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 16.84 | 1,368.38 | 285.47 | 1,082.91 | 25,351.81 | 5,194.20 | 20,157.61 |

MLR

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 09/14/2018 | $ **1,119.87 |

VALERIE J BRADDEE-BROWN
P.O. BOX 264
MCCLELLANDTOWN, PA 15458 US

**NON NEGOTIABLE**

| Employee Name | | | | Employee No | Period End | Deposit ID |
|---|---|---|---|---|---|---|
| BRADDEE-BROWN, VALERIE J | | | | 9033 | 9/15/2018 | 118096 |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 1,368.38 | 23,128.81 | VISION | 6.65 | 113.05 |
| RETRO | | | 133.00 | | | |
| TOLLS | | | 10.14 | UNIONTOWN LST | 2.17 | 36.89 |
| MILEAGE | 1.00 | 36.96 | 711.48 | UNIONTOWN | 13.62 | 231.51 |
| | | | | PA INCOME TAX | 41.81 | 710.72 |
| | | | | PA UNEMPLOYMENT | 0.82 | 14.08 |
| | | | | FEDERAL INC TAX | 116.22 | 2,031.52 |
| | | | | MEDICARE | 19.75 | 335.70 |
| | | | | SOCIAL SECURITY | 84.43 | 1,435.26 |

Checking 9080      09/14/2018      1,119.87

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 16.84 | 1,405.34 | 285.47 | 1,119.87 | 23,983.43 | 4,908.73 | 19,074.70 |

MLR

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 08/31/2018 | $ **1,082.81 |

VALERIE J BRADDEE-BROWN
P.O. BOX 264
MCCLELLANDTOWN, PA 15458 US

## NON NEGOTIABLE

| Employee Name: BRADDEE-BROWN, VALERIE J | | | | Employee No: 9033 | Period End: 8/31/2018 | Deposit ID: 117871 |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 1,368.25 | 21,760.43 | VISION | 6.65 | 106.40 |
| RETRO | | | 133.00 | | | |
| TOLLS | | | 10.14 | UNIONTOWN LST | 2.17 | 34.72 |
| MILEAGE | | | 674.52 | UNIONTOWN | 13.62 | 217.89 |
| | | | | PA INCOME TAX | 41.80 | 668.91 |
| | | | | PA UNEMPLOYMENT | 0.82 | 13.26 |
| | | | | FEDERAL INC TAX | 116.22 | 1,915.30 |
| | | | | MEDICARE | 19.74 | 315.95 |
| | | | | SOCIAL SECURITY | 84.42 | 1,350.83 |

Checking 9080      08/31/2018      1,082.81

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 16.84 | 1,368.25 | 285.44 | 1,082.81 | 22,578.09 | 4,623.26 | 17,954.83 |

MLR

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 08/15/2018 | $ **1,168.17 |

VALERIE J BRADDEE-BROWN
P.O. BOX 264
MCCLELLANDTOWN, PA 15458 US

NON NEGOTIABLE

| Employee Name: BRADDEE-BROWN, VALERIE J | | | | Employee No: 9033 | Period End: 8/15/2018 | Deposit ID: 117638 |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 1,368.38 | 20,392.18 | VISION | 6.65 | 99.75 |
| RETRO | | | 133.00 | | | |
| TOLLS | 1.00 | 6.06 | 10.14 | UNIONTOWN LST | 2.17 | 32.55 |
| MILEAGE | 1.00 | 79.20 | 674.52 | UNIONTOWN | 13.62 | 204.27 |
| | | | | PA INCOME TAX | 41.81 | 627.11 |
| | | | | PA UNEMPLOYMENT | 0.82 | 12.44 |
| | | | | FEDERAL INC TAX | 116.22 | 1,799.08 |
| | | | | MEDICARE | 19.75 | 296.21 |
| | | | | SOCIAL SECURITY | 84.43 | 1,266.41 |

Checking 9080        08/15/2018        1,168.17

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 16.84 | 1,453.64 | 285.47 | 1,168.17 | 21,209.84 | 4,337.82 | 16,872.02 |

MLR