File No. 9222-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Valerie J. Brown, | : | Case No.  18-24250 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on November 20, 2018, I served a copy of the Court's November 15, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Southwestern Behavioral Care, Attn: Payroll Manager, 300 Chamber Plaza, Charleroi, PA, 15022.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: November 20, 2018

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
 Daniel R. White
 PA I.D. No. 78718
 P.O. Box 2123
 Uniontown, PA 15401
 724-439-9200
 Email: dwhite@Zeblaw.com
 Attorneys for Debtor