File No. 9222-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Valerie J. Brown, | : | Case No. 18-24250 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on July 10, 2019, I served a copy of the Court's June 28, 2019, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Southwestern Behavioral Care, Attn: Payroll Manager, 300 Chamber Plaza, Charleroi, PA, 15022.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: July 10, 2019

                                        ZEBLEY MEHALOV & WHITE, P.C.

                                        BY

                                        /s/ Daniel R. White
                                               Daniel R. White
                                               PA I.D. No. 78718
                                               P.O. Box 2123
                                               Uniontown, PA 15401
                                               724-439-9200
                                               Email: dwhite@Zeblaw.com
                                               Attorneys for Debtor