File No.: 9222-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-24250 GLT |
| | : | |
| Valerie J. Brown, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Valerie J. Brown, | : | Related to Document No. |
| | : | |
| Movant, | : | Hearing Date & Time: April 8, 2020, |
| | : | at 10:00 a.m. |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the motion to employ special counsel filed on February 27, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion to approve special counsel appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than March 16, 2020.

It is hereby respectfully requested that the Order attached to the motion to approve special counsel be entered by the Court.

Dated: March 17, 2020

                                                 ZEBLEY MEHALOV & WHITE, P.C.
                                                 By:

                                                 /s/ Daniel R. White
                                                       Daniel R. White
                                                       PA I.D. No. 78718
                                                       P.O. Box 2123
                                                       Uniontown, PA 15401
                                                       724-439-9200
                                                       Attorney for Debtor