UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: VALERIE J BROWN | CASE NO: 18-24250 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 41 & 42<br>Hearing Date: September 30, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: September 7, 2020 |

On 8/19/2020, I did cause a copy of the following documents, described below,

Debtor's Motion to Approve Settlement of Personal Injury Claim, Proposed Order, and Notice of Hearing with Response Deadline upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, and upon the creditors listed on the attached mailing matrixECF Docket Reference No. 41 & 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/19/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: VALERIE J BROWN | CASE NO: 18-24250 GLT |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 41 & 42 |
| | Hearing Date: September 30, 2020 |
| | Hearing Time: 10:00 a.m. |
| | Response Date: September 7, 2020 |

On 8/19/2020, a copy of the following documents, described below,

Debtor's Motion to Approve Settlement of Personal Injury Claim, Proposed Order, and Notice of Hearing with Response Deadline upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, and upon the creditors listed on the attached mailing matrix ECF Docket Reference No. 41 & 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 18-24250-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>WED AUG 19 10-22-58 EDT 2020 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998-1535 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 | DEBTOR<br>VALERIE J BROWN<br>PO BOX 264<br>MC CLELLANDTOWN PA 15458-0264 |
| CAPITAL MANAGEMENT SERVICES<br>726 EXCHANGE STREETSUITE 700<br>BUFFALO NY 14210-1485 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE AUTO FINANCE<br>PO BOX 260848<br>PLANO TX 75026-0848 |
| CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>PO BOX 4360<br>HOUSTON TX 77210-4360 | CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | CITI CARD<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 |
| CITIBANK NA<br>CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0493 | CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CITIZENS BANK CARD SERVICES<br>PO BOX 7092<br>BRIDGEPORT CT 06601-7092 |
| DISCOVER<br>PO BOX 30421<br>SALT LAKE CITY UT 84130-0421 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER PERSONAL LOANS<br>PO BOX 30396<br>SALT LAKE CITY UT 84130-0396 |
| DISCOVER PERSONAL LOANS<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 | FIRST BANKCARD<br>PO BOX 2557<br>OMAHA NE 68103-2557 | PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 |
| HSBC CARD SERVICES<br>PO BOX 80084<br>SALINAS CA 93912-0084 | HOME DEPOT<br>PO BOX 790328<br>SAINT LOUIS MO 63179-0328 | JC PENNEYSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NICHOLAS KATKO                    LVNV FUNDING LLC                  MARCUS BY GOLDMAN SACHS
EDGAR SNYDER  ASSOCIATES LLC      RESURGENT CAPITAL SERVICES        GOLDMAN SACHS BANK
US STEEL TOWER 10TH FLOOR         PO BOX 10587                      PO BOX 45400
600 GRANT STREET                  GREENVILLE SC 29603-0587          SALT LAKE CITY UT 84145-0400
PITTSBURGH PA 15219-2702



NELNET STUDENT LOAN TRUST         NELNET OBO COLLEGE ASSIST         OFFICE OF THE UNITED STATES TRUSTEE
ATTN CLAIMS                       CO EDUCATION CREDIT MANAGEMENT CORP  LIBERTY CENTER
PO BOX 82505                      PO BOX 16358                      1001 LIBERTY AVENUE SUITE 970
LINCOLN NE 68501-2505             ST PAUL MN 55116-0358             PITTSBURGH PA 15222-3721



PRA RECEIVABLES MANAGEMENT LLC    PENNSYLVANIA DEPARTMENT OF REVENUE  PENNSYLVANIA DEPT OF REVENUE
PO BOX 41021                      BANKRUPTCY DIVISION                DEPARTMENT 280946
NORFOLK VA 23541-1021             PO BOX 280946                      PO BOX 280946
                                  HARRISBURG PA 17128-0946           ATTN- BANKRUPTCY DIVISION
                                                                     HARRISBURG PA 17128-0946



PORTFOLIO RECOVERY ASSOCIATES LLC  QUICKEN LOANS INC                 QUICKEN LOANS INC
PO BOX 41067                       635 WOODWARD AVENUE               1050 WOODWARD AVENUE
NORFOLK VA 23541-1067              DETROIT MI 48226-3408             DETROIT MI 48226-1906



SEARS                             SEARS MASTERCARD                  SHEETZ CREDIT CARD
PO BOX 6283                       PO BOX 6282                       FIRST BANKCARD
SIOUX FALLS SD 57117-6283         SIOUX FALLS SD 57117-6282         PO BOX 2557
                                                                    OMAHA NE 68103-2557



SYNCHRONY BANK                    TD BANK USA NA                    TJX REWARDS MASTER CARDSYNCHRONY BANK
25 SE 2ND AVENUESUITE 1120        C O WEINSTEIN  RILEY PS           ATTENTION BANKRUPTCY DEPARTMENT
MIAMI FL 33131-1506               2001 WESTERN AVENUE STE 400       PO BOX 965060
                                  SEATTLE WA 98121-3132             ORLANDO FL 32896-5060



TARGET NATIONAL BANK              WALMART MASTERCARDSYNCHRONY BANK  JAMES WARMBRODT
CO TARGET CARD SERVICES           ATTN BANKRUPTCY DEPT              KML LAW GROUP PC
PO BOX 1581                       PO BOX 965060                     701 MARKET STREET
MINNEAPOLIS MN 55440-1581         ORLANDO FL 32896-5060             SUITE 5000
                                                                    PHILADELPHIA PA 19106-1541



EXCLUDE                           EXCLUDE

DANIEL R WHITE                    RONDA J WINNECOUR
ZEBLEY MEHALOV  WHITE PC          SUITE 3250 USX TOWER
18 MILL STREET SQUARE             600 GRANT STREET
PO BOX 2123                       PITTSBURGH PA 15219-2702
UNIONTOWN PA 15401-1723
```