File No.: 9222-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-24250 GLT |
| | : | |
| Valerie J. Brown, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No.: _____ |
| | : | |
| Valerie J. Brown, | : | Hearing Date and Time: September 30, 2020, at 10:00 a.m. |
| | : | |
| Movant, | : | |
| | : | Responses Due: September 7, 2020 |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## ORDER TO APPROVE SETTLEMENT

AND NOW, this _____ day of _____ 2020, upon motion of Debtor, Valerie J. Brown, the settlement of her Personal Injury Claim for the total amount of $70,000.00 is APPROVED.

IT IS FURTHER ORDERED that the following distribution of the settlement by Special Counsel is also APPROVED:

| | |
|---|---|
| Gross settlement including interest | $70,000.00 |
| Less: | |
| Attorney Fees (33.3%) | $23,333.33 |
| Attorney costs/expenses/assessments | $    406.63 |
| Out of pocket medical costs (to Debtor) | $  5,249.29 |
| Net Settlement Proceeds | $41,010.75 |

IT IS FURTHER ORDERED that the $41,010.75 net settlement proceeds shall be paid by Special Counsel as follows:

$35,429.00 to Debtor as exempt funds

$ 5,581.75 non-exempt lump sum to Chapter 13 Trustee to be used as additional plan funding to be distributed to unsecured creditors filing allowed claims less appropriate Trustee fees. This sum will be paid to such unsecured creditors in addition to the amount already provided in the confirmed Chapter 13 plan.

_____
Gregory L. Taddonio, United States Bankruptcy Judge

Case Administrator to mail to:

Debtor
Counsel