File No.: 9222-002

FILED
9/25/20 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No. 18-24250 GLT |
|---|---|---|
| Valerie J. Brown, | : | Chapter 13 |
| Debtor. | : | Related to Dkt. No. 41 |
| Valerie J. Brown, | : | Hearing Date and Time: September 30, 2020, at 10:00 a.m. |
| Movant, | : | |
| | : | Responses Due: September 7, 2020 |
| vs. | : | |
| No Respondents. | : | |

CONSENT ORDER TO APPROVE SETTLEMENT

AND NOW, this 25th day of September 2020, upon motion of Debtor, Valerie J. Brown, the settlement of her Personal Injury Claim for the total amount of $70,000.00 is APPROVED.

IT IS FURTHER ORDERED that the following distribution of the settlement by Special Counsel is also APPROVED:

| | |
|---|---|
| Gross settlement including interest | $70,000.00 |
| Less: | |
| Attorney Fees (33.3%) | $23,333.33 |
| Attorney costs/expenses/assessments | $   406.63 |
| Out of pocket medical costs (to Debtor) | $ 5,249.29 |
| Net Settlement Proceeds | $41,010.75 |

IT IS FURTHER ORDERED that the $41,010.75 net settlement proceeds shall be paid by Special Counsel as follows:

$35,429.00 to Debtor as exempt funds

$ 5,581.75 non-exempt lump sum to Chapter 13 Trustee to be used as additional plan funding to be distributed to unsecured creditors filing allowed claims less appropriate Trustee fees. This sum will be paid to such unsecured creditors in addition to the amount already provided in the confirmed Chapter 13 plan.

The hearing scheduled for September 30, 2020 is CANCELLED.

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    Telephone:  724-439-9200
    Facsimile: 724-439-8435
    Attorney for Debtor
    Email: dwhite@Zeblaw.com

OFFICE OF THE CHAPTER 13 TRUSTEE

/s/ Owen Katz
    Owen Katz, Esquire
    U.S. Steel Tower-Suite 3250
    600 Grant Street
    Pittsburgh, PA 15219
    412-471-5566
    Counsel for Chapter 13 Trustee

Prepared by: Daniel R. White, Esquire

Dated: September 25, 2020

_____
GREGORY J. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-24250-GLT
Valerie J Brown                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro             Page 1 of 1           Date Rcvd: Sep 25, 2020
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db               #+Valerie J Brown,    P.O. Box 264,    Mc Clellandtown, PA 15458-0264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Valerie J Brown zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4