# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

05/28/2021

IN RE:

| | |
|---|---|
| VALERIE J BROWN | Case No.18-24250 GLT |
| 342 DESKO ROAD | |
| MCCLELLANDTOWN,  PA  15458-1208 | Chapter 13 |
| XXX-XX-2072          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/28/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 5365 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  TJX REWARDS/PRAE | | |

| | | | |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | | |
| | CLAIM:  0.00 | | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  CAP 1 AUTO/PRAE | | |

| | | | |
|---|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | | |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  QUICKEN LNS/PRAE | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  VEHICLE |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:2 | | ACCOUNT NO.: 4564 |
| PO BOX 4360 | | | |
| | CLAIM:  0.00 | | |
| HOUSTON, TX  77210 | COMMENT:  622/PL*621.86X(60+2)=LMT*$0 ARRS/CL-PL | | |

| | | | |
|---|---|---|---|
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 635 WOODWARD AVE | Court Claim Number:13 | | ACCOUNT NO.: 3079 |
| | | | |
| | CLAIM:  0.00 | | |
| DETROIT, MI  48226 | COMMENT:  706.16, THEN 572.35/PL*DK4PMT-LMT*BGN 11/18*DK | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:9 | | ACCOUNT NO.: 1008 |
| PO BOX 3001 | | | |
| | CLAIM:  2,211.98 | | |
| MALVERN, PA  19355-0701 | COMMENT:  7543/SCH | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA** (LMP)** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT (LMP) | Court Claim Number: | | ACCOUNT NO.: 1458 |
| PO BOX 660933 | | | |
| | CLAIM:  0.00 | | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA NA*** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:10 | | ACCOUNT NO.: 8545 |
| | | | |
| | CLAIM:  4,068.20 | | |
| WILMINGTON, DE  19886-5102 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:11 | | ACCOUNT NO.: 1243 |
| | | | |
| | CLAIM:  4,717.71 | | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:12 | | ACCOUNT NO.: 5271 |
| | | | |
| | CLAIM:  581.16 | | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CHASE BANK USA NA(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK | Court Claim Number:19 | ACCOUNT NO.:  8316 |
| PO BOX 15368 | | |
| | CLAIM:  6,118.41 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:14 | ACCOUNT NO.:  1646 |
| PO BOX 10587 | | |
| | CLAIM:  7,364.04 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **CITIZENS BANK(*)** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.:  5308 |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT: | |

| | | |
|---|---|---|
| **CITIZENS BANK NA**** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:6 | ACCOUNT NO.:  8305 |
| | CLAIM:  2,553.32 | |
| JOHNSTON, RI  02919 | COMMENT: | |

| | | |
|---|---|---|
| **CITIZENS BANK NA**** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:1 | ACCOUNT NO.:  1296 |
| | CLAIM:  547.40 | |
| JOHNSTON, RI  02919 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:3 | ACCOUNT NO.:  2305 |
| PO BOX 3025 | | |
| | CLAIM:  3,331.36 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER PERSONAL LOANS**** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6105 | Court Claim Number:7 | ACCOUNT NO.:  5582 |
| | CLAIM:  6,952.95 | |
| CAROL STREAM, IL  60197-6105 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number:5 | ACCOUNT NO.:  5708 |
| | CLAIM:  2,383.85 | |
| OMAHA, NE  68197-3106 | COMMENT:  DODGE~DRIVE PLUS | |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:21 | ACCOUNT NO.:  7242 |
| | CLAIM:  6,461.37 | |
| LOUISVILLE, KY  50325-3439 | COMMENT:  THE HOME DEPOT | |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:22 | ACCOUNT NO.:  5220 |
| | CLAIM:  4,849.74 | |
| LOUISVILLE, KY  50325-3439 | COMMENT:  THE HOME DEPOT | |

CLAIM RECORDS

| HSBC CARD SERVICES | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 80084 | Court Claim Number: | ACCOUNT NO.: 6405 |
| | CLAIM: 0.00 | |
| SALINAS, CA 93912-0084 | COMMENT: | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.: 6616 |
| | CLAIM: 1,137.74 | |
| NORFOLK, VA 23541 | COMMENT: JC PENNEY/SYNCHRONY BANK | |

| MARCUS BY GOLDMAN SACHS | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 45400 | Court Claim Number: | ACCOUNT NO.: 7241 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84145-0400 | COMMENT: | |

| NELNET O/B/O COLLEGE ASSIST | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O COLLEGE ASSIST* | Court Claim Number:8 | ACCOUNT NO.: 2072 |
| PO BOX 16358 | | |
| | CLAIM: 4,346.28 | |
| ST PAUL, MN 55116 | COMMENT: 1774/SCH | |

| SEARS/CITI CARD USA*+++ | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: 4783 |
| POB 182149* | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: | |

| CITIBANK NA** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:20 | ACCOUNT NO.: 4079 |
| | CLAIM: 6,963.74 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: SEARS GOLD MASTERCARD | |

| FIRST NATIONAL BANK OF OMAHA(*) | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1620 DODGE ST STOP 3106* | Court Claim Number:4 | ACCOUNT NO.: 1017 |
| | CLAIM: 4,547.09 | |
| OMAHA, NE 68197-3106 | COMMENT: SHEETZ | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 0561 |
| | CLAIM: 510.25 | |
| NORFOLK, VA 23541 | COMMENT: TOYS R US CREDIT | |

| TD BANK USA NA** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:23 | ACCOUNT NO.: 0948 |
| PO BOX 3978 | | |
| | CLAIM: 2,653.98 | |
| SEATTLE, WA 98124 | COMMENT: | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:18 | ACCOUNT NO.: 5365 |
| | CLAIM: 2,141.66 | |
| NORFOLK, VA 23541 | COMMENT: TJX REWARDS/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.:  1083 |
| | CLAIM:  6,417.36 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/SCH | |
| **SCOTT BROWN** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 342 DESKO RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MCCLELLANDTOWN, PA  15458 | COMMENT:  /SCH H | |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:13 | ACCOUNT NO.:  3079 |
| | CLAIM:  856.53 | |
| DETROIT, MI  48226 | COMMENT:  725/PL*THRU 10/18 | |