UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/13/23 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  VALERIE J BROWN

Case No.18-24250GLT

  Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
  VALERIE J BROWN

Chapter 13

Related to Docket No. 61

  Respondents

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 13th Day of November, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Southwest Behavorial
Attn: Payroll Manager
300 Chamber Pl
Charleroi,PA 15022

is hereby ordered to immediately terminate the attachment of the wages of VALERIE J BROWN, social security number XXX-XX-2072.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of VALERIE J BROWN.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

drb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24250-GLT |
| Valerie J Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie J Brown, 342 Desko Road, Mc Clellandtown, PA 15458-1208 |
| sp | + | Nicholas Katko, Edgar Snyder & Associates, LLC, US Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 14940970 | + | Discover Personal Loans, P.O. Box 30396, Salt Lake City, UT 84130-0396 |
| 14940981 | + | Synchrony Bank, 25 SE 2nd Avenue--Suite 1120, Miami, FL 33131-1506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2023 04:08:28 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14940960 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:08:34 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14966093 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:20:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14940961 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2023 03:53:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 14968337 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 14 2023 03:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14940967 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 14 2023 03:53:00 | Citizens Bank, Attn: Bankruptcy Dept., 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886 |
| 14944260 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 14 2023 03:53:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14940962 | + | Email/Text: cms-bk@cms-collect.com | Nov 14 2023 03:53:00 | Capital Management Services, 726 Exchange Street--Suite 700, Buffalo, NY 14210-1484 |
| 14940963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:08:58 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14940964 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 14 2023 04:21:14 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14944495 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2023 04:42:02 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14970350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:31:40 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975735 | + | Email/Text: RASEBN@raslg.com | Nov 14 2023 03:53:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:42:20 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

Case 18-24250-GLT    Doc 63    Filed 11/15/23    Entered 11/16/23 00:36:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14976322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:42:09 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14940968 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 14 2023 03:53:00 | Citizens Bank Card Services, P.O. Box 7092, Bridgeport, CT 06601-7092 |
| 14940969 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14945249 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14953484 | + | Email/Text: dplbk@discover.com | Nov 14 2023 03:54:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14940971 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 03:53:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14945622 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 03:53:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14940980 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 03:53:00 | Sheetz Credit Card, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14940973 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 14 2023 03:53:00 | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 14940972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:52 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14940974 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:42 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940965 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 04:31:37 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14972674 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:20:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 14 2023 03:53:00 | Marcus by Goldman Sachs, Goldman Sachs Bank, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14940976 | | Email/Text: electronicbkydocs@nelnet.net | Nov 14 2023 03:54:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14954703 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2023 03:53:00 | Nelnet obo College Assist, c/o Education Credit Management Corp, PO Box 16358, St. Paul, MN 55116-0358 |
| 14975640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 04:20:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14942602 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2023 04:08:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972518 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 14 2023 03:54:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14940977 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 14 2023 03:54:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14940978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:38 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14940979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:50 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14976358 | + | Email/Text: bncmail@w-legal.com | Nov 14 2023 03:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14940983 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:42:04 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

Case 18-24250-GLT    Doc 63    Filed 11/15/23    Entered 11/16/23 00:36:25    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14940982 | Email/Text: bncmail@w-legal.com | | | |
| | | | Nov 14 2023 03:53:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14940984 | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Nov 14 2023 04:08:58 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Valerie J Brown lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7