Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Valerie J Brown** | : | Case No. 18−24250−GLT |
| aka Valerie J. Braddee−Brown | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 65 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/14/24 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this ***The 21st of December, 2023***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 65 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before February 5, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***February 14, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24250-GLT |
| Valerie J Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 21, 2023 | Form ID: 604 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie J Brown, 342 Desko Road, Mc Clellandtown, PA 15458-1208 |
| sp | + | Nicholas Katko, Edgar Snyder & Associates, LLC, US Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 14940970 | + | Discover Personal Loans, P.O. Box 30396, Salt Lake City, UT 84130-0396 |
| 14940981 | + | Synchrony Bank, 25 SE 2nd Avenue--Suite 1120, Miami, FL 33131-1506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:24:25 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14940960 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:12:39 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14966093 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:13:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14940961 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 00:09:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 14968337 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 22 2023 00:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14940967 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 00:09:00 | Citizens Bank, Attn: Bankruptcy Dept., 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886 |
| 14944260 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 00:09:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14940962 | + | Email/Text: cms-bk@cms-collect.com | Dec 22 2023 00:10:00 | Capital Management Services, 726 Exchange Street--Suite 700, Buffalo, NY 14210-1484 |
| 14940963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:24:25 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14940964 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 22 2023 00:13:50 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14944495 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:13:38 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14970350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:13:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975735 | + | Email/Text: RASEBN@raslg.com | Dec 22 2023 00:10:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:03 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

Case 18-24250-GLT   Doc 67   Filed 12/23/23   Entered 12/24/23 00:27:16   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 21, 2023 | Form ID: 604 | Total Noticed: 44 |

| Recip ID | | Method / Address | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14976322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:03 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14940968 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 00:09:00 | Citizens Bank Card Services, P.O. Box 7092, Bridgeport, CT 06601-7092 |
| 14940969 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:10:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14945249 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14953484 | + | Email/Text: dplbk@discover.com | Dec 22 2023 00:11:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14940971 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:10:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14945622 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:10:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14940980 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:10:00 | Sheetz Credit Card, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14940973 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 22 2023 00:09:00 | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 14940972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:13:42 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14940974 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:13 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940965 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 00:13:06 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14972674 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 00:13:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 22 2023 00:10:00 | Marcus by Goldman Sachs, Goldman Sachs Bank, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14940976 | | Email/Text: electronicbkydocs@nelnet.net | Dec 22 2023 00:11:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14954703 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2023 00:10:00 | Nelnet obo College Assist, c/o Education Credit Management Corp, PO Box 16358, St. Paul, MN 55116-0358 |
| 14975640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:13:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14942602 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 00:24:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972518 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 22 2023 00:11:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14940977 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 22 2023 00:11:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14940978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:13:10 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14940979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:41 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14976358 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14940983 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:08 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

Case 18-24250-GLT  Doc 67  Filed 12/23/23  Entered 12/24/23 00:27:16  Desc Imaged
Certificate of Notice  Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 604 | Total Noticed: 44 |

| 14940982 | Email/Text: bncmail@w-legal.com | | |
|---|---|---|---|
| | | Dec 22 2023 00:10:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14940984 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 22 2023 00:24:24 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023　　　　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Valerie J Brown lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7