**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> VALERIE J BROWN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-24250 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 18-24250-GLT    Doc 68    Filed 12/23/23    Entered 12/24/23 00:27:16    Desc Imaged
Certificate of Notice    Page 2 of 8

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/31/2018 and confirmed on 1/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,731.75 |
| Less Refunds to Debtor | 1,508.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 90,223.74 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 4,358.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,358.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 35,746.29 | 0.00 | 35,746.29 |
|     Acct: 3079 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 856.53 | 856.53 | 0.00 | 856.53 |
|     Acct: 3079 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 37,933.46 | 0.00 | 37,933.46 |
|     Acct: 4564 | | | | |
| | | | | 74,536.28 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VALERIE J BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VALERIE J BROWN | 856.50 | 856.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VALERIE J BROWN | 651.51 | 651.51 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 2,211.98 | 227.83 | 0.00 | 227.83 |
|     Acct: 1008 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1458 | | | | |
|   BANK OF AMERICA NA** | 4,068.20 | 419.02 | 0.00 | 419.02 |
|     Acct: 8545 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,717.71 | 485.92 | 0.00 | 485.92 |
|     Acct: 1243 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 581.16 | 59.86 | 0.00 | 59.86 |
|     Acct: 5271 | | | | |
|   CHASE BANK USA NA(*) | 6,118.41 | 630.20 | 0.00 | 630.20 |
|     Acct: 8316 | | | | |
|   LVNV FUNDING LLC | 7,364.04 | 758.50 | 0.00 | 758.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1646 | | | | |
|   CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5308 | | | | |
|   CITIZENS BANK NA | 2,553.32 | 262.99 | 0.00 | 262.99 |
| Acct: 8305 | | | | |
|   CITIZENS BANK NA | 547.40 | 56.38 | 0.00 | 56.38 |
| Acct: 1296 | | | | |
|   DISCOVER BANK(*) | 3,331.36 | 343.13 | 0.00 | 343.13 |
| Acct: 2305 | | | | |
|   DISCOVER PERSONAL LOANS** | 6,952.95 | 716.15 | 0.00 | 716.15 |
| Acct: 5582 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 2,383.85 | 245.54 | 0.00 | 245.54 |
| Acct: 5708 | | | | |
|   CITIBANK NA** | 6,461.37 | 665.52 | 0.00 | 665.52 |
| Acct: 7242 | | | | |
|   CITIBANK NA** | 4,849.74 | 499.52 | 0.00 | 499.52 |
| Acct: 5220 | | | | |
|   HSBC CARD SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6405 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,137.74 | 117.19 | 0.00 | 117.19 |
| Acct: 6616 | | | | |
|   MARCUS BY GOLDMAN SACHS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7241 | | | | |
|   NELNET O/B/O COLLEGE ASSIST | 4,346.28 | 447.67 | 0.00 | 447.67 |
| Acct: 2072 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4783 | | | | |
|   CITIBANK NA** | 6,963.74 | 717.27 | 0.00 | 717.27 |
| Acct: 4079 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 4,547.09 | 468.35 | 0.00 | 468.35 |
| Acct: 1017 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 510.25 | 52.56 | 0.00 | 52.56 |
| Acct: 0561 | | | | |
|   TD BANK USA NA** | 2,653.98 | 273.36 | 0.00 | 273.36 |
| Acct: 0948 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,141.66 | 220.59 | 0.00 | 220.59 |
| Acct: 5365 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,417.36 | 660.99 | 0.00 | 660.99 |
| Acct: 1083 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5365 | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SCOTT BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,328.54 |

TOTAL PAID TO CREDITORS                                                                        82,864.82

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 856.53 |
| UNSECURED | 80,859.59 |

Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VALERIE J BROWN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:18-24250

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24250-GLT |
| Valerie J Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie J Brown, 342 Desko Road, Mc Clellandtown, PA 15458-1208 |
| sp | + | Nicholas Katko, Edgar Snyder & Associates, LLC, US Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 14940970 | + | Discover Personal Loans, P.O. Box 30396, Salt Lake City, UT 84130-0396 |
| 14940981 | + | Synchrony Bank, 25 SE 2nd Avenue--Suite 1120, Miami, FL 33131-1506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:24:39 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14940960 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:24:03 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14966093 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:13:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14940961 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 00:09:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 14968337 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 22 2023 00:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14940967 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 00:09:00 | Citizens Bank, Attn: Bankruptcy Dept., 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886 |
| 14944260 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 00:09:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14940962 | + | Email/Text: cms-bk@cms-collect.com | Dec 22 2023 00:10:00 | Capital Management Services, 726 Exchange Street--Suite 700, Buffalo, NY 14210-1484 |
| 14940963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:24:25 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14940964 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 22 2023 00:12:39 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14944495 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:13:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14970350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:13:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975735 | + | Email/Text: RASEBN@raslg.com | Dec 22 2023 00:10:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:03 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

Case 18-24250-GLT    Doc 68    Filed 12/23/23    Entered 12/24/23 00:27:16    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14976322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:42 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14940968 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 00:09:00 | Citizens Bank Card Services, P.O. Box 7092, Bridgeport, CT 06601-7092 |
| 14940969 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:10:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14945249 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14953484 | + | Email/Text: dplbk@discover.com | Dec 22 2023 00:11:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14940971 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:10:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14945622 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:10:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14940980 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:10:00 | Sheetz Credit Card, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14940973 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 22 2023 00:09:00 | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 14940972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:21 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14940974 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:12:32 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940965 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 00:13:40 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14972674 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 00:12:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 22 2023 00:10:00 | Marcus by Goldman Sachs, Goldman Sachs Bank, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14940976 | | Email/Text: electronicbkydocs@nelnet.net | Dec 22 2023 00:11:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14954703 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2023 00:11:00 | Nelnet obo College Assist, c/o Education Credit Management Corp, PO Box 16358, St. Paul, MN 55116-0358 |
| 14975640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:24:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14942602 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 00:13:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972518 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 22 2023 00:11:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14940977 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 22 2023 00:11:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14940978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:25 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14940979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:21 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14976358 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14940983 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:04 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 14940982 | Email/Text: bncmail@w-legal.com | | | |
| | | Dec 22 2023 00:10:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 | |
| 14940984 | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | Dec 22 2023 00:24:21 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 | |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

Brian Nicholas
 on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Daniel R. White
 on behalf of Debtor Valerie J Brown
 lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Maria Miksich
 on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Maria Miksich
 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 7