**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Valerie J Brown<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2072 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 18–24250–GLT | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Valerie J Brown
aka Valerie J. Braddee–Brown

2/6/24

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24250-GLT
Valerie J Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Feb 06, 2024 Form ID: 3180W Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie J Brown, 342 Desko Road, Mc Clellandtown, PA 15458-1208 |
| sp | + | Nicholas Katko, Edgar Snyder & Associates, LLC, US Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 14940970 | + | Discover Personal Loans, P.O. Box 30396, Salt Lake City, UT 84130-0396 |
| 14940981 | + | Synchrony Bank, 25 SE 2nd Avenue--Suite 1120, Miami, FL 33131-1506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 07 2024 05:07:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14940960 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 01:06:35 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14966093 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:21:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14940961 | | EDI: BANKAMER | Feb 07 2024 05:01:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 14968337 | + | EDI: BANKAMER2 | Feb 07 2024 05:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14940967 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank, Attn: Bankruptcy Dept., 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886 |
| 14944260 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14940962 | + | Email/Text: cms-bk@cms-collect.com | Feb 07 2024 00:25:00 | Capital Management Services, 726 Exchange Street--Suite 700, Buffalo, NY 14210-1484 |
| 14940963 | | EDI: CAPITALONE.COM | Feb 07 2024 05:07:00 | Capital One, P.O. Box 30285, Salt Lake City, UT |

84130-0285

| | | | | |
|---|---|---|---|---|
| 14940964 | | EDI: CAPONEAUTO.COM | Feb 07 2024 05:07:00 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14944495 | + | EDI: AISACG.COM | Feb 07 2024 05:07:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14970350 | | EDI: CAPITALONE.COM | Feb 07 2024 05:07:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975735 | + | Email/Text: RASEBN@raslg.com | Feb 07 2024 00:24:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940966 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14976322 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14940968 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank Card Services, P.O. Box 7092, Bridgeport, CT 06601-7092 |
| 14940969 | | EDI: DISCOVER | Feb 07 2024 05:07:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14945249 | | EDI: DISCOVER | Feb 07 2024 05:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14953484 | + | EDI: DISCOVERPL | Feb 07 2024 05:07:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14940971 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14945622 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14940980 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | Sheetz Credit Card, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14940973 | | EDI: HFC.COM | Feb 07 2024 05:01:00 | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 14940972 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14940974 | | EDI: SYNC | Feb 07 2024 05:07:00 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940965 | | EDI: JPMORGANCHASE | Feb 07 2024 05:07:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14972674 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 07 2024 00:24:00 | Marcus by Goldman Sachs, Goldman Sachs Bank, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14940976 | | Email/Text: electronicbkydocs@nelnet.net | Feb 07 2024 00:26:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14954703 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 07 2024 00:25:00 | Nelnet obo College Assist, c/o Education Credit Management Corp, PO Box 16358, St. Paul, MN 55116-0358 |
| 14975640 | | EDI: PRA.COM | Feb 07 2024 05:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14942602 | + | EDI: PRA.COM | Feb 07 2024 05:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972518 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 07 2024 00:26:00 | Quicken Loans Inc., 635 Woodward Avenue, |

| | | | | |
|---|---|---|---|---|
| | | | | Detroit, MI 48226-3408 |
| 14940977 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 07 2024 00:26:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14940978 | | EDI: CITICORP | Feb 07 2024 05:07:00 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14940979 | | EDI: CITICORP | Feb 07 2024 05:07:00 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14976358 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14940983 | | EDI: SYNC | Feb 07 2024 05:07:00 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940982 | | EDI: WTRRNBANK.COM | Feb 07 2024 05:07:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14940984 | | EDI: SYNC | Feb 07 2024 05:07:00 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Valerie J Brown lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |

| | |
|---|---|
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7