IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/6/24 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    VALERIE J BROWN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-24250

Chapter 13

Related to Docket No. 65

ORDER OF COURT

AND NOW, this __6th Day of February, 2024__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24250-GLT

Valerie J Brown Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Feb 06, 2024     Form ID: pdf900     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie J Brown, 342 Desko Road, Mc Clellandtown, PA 15458-1208 |
| sp | + | Nicholas Katko, Edgar Snyder & Associates, LLC, US Steel Tower, 10th Floor, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 14940970 | + | Discover Personal Loans, P.O. Box 30396, Salt Lake City, UT 84130-0396 |
| 14940981 | + | Synchrony Bank, 25 SE 2nd Avenue--Suite 1120, Miami, FL 33131-1506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 00:38:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14940960 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:37:48 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14966093 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:37:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14940961 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 07 2024 00:24:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 14968337 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 07 2024 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14940967 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank, Attn: Bankruptcy Dept., 443 Jefferson Boulevard MS RJW-135, Warwick, RI 02886 |
| 14944260 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14940962 | + | Email/Text: cms-bk@cms-collect.com | Feb 07 2024 00:25:00 | Capital Management Services, 726 Exchange Street--Suite 700, Buffalo, NY 14210-1484 |
| 14940963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:22:49 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14940964 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 07 2024 00:22:54 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14944495 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 00:21:55 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14970350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 01:28:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975735 | + | Email/Text: RASEBN@raslg.com | Feb 07 2024 00:24:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14940966 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:49:36 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14976322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:21:54 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14940968 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank Card Services, P.O. Box 7092, Bridgeport, CT 06601-7092 |
| 14940969 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:24:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14945249 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14953484 | + | Email/Text: dplbk@discover.com | Feb 07 2024 00:26:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14940971 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14945622 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14940980 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | Sheetz Credit Card, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14940973 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 07 2024 00:24:00 | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 14940972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:49:44 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14940974 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:38:11 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14940965 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 01:28:42 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14972674 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 07 2024 00:24:00 | Marcus by Goldman Sachs, Goldman Sachs Bank, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14940976 | | Email/Text: electronicbkydocs@nelnet.net | Feb 07 2024 00:26:00 | Nelnet Student Loan Trust, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14954703 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 07 2024 00:25:00 | Nelnet obo College Assist, c/o Education Credit Management Corp, PO Box 16358, St. Paul, MN 55116-0358 |
| 14975640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:21:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14942602 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:21:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972518 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 07 2024 00:26:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14940977 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 07 2024 00:26:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14940978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:21:55 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14940979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:37:52 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14976358 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14940983 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:06:35 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 14940982 | Email/Text: bncmail@w-legal.com | | | |
| | | Feb 07 2024 00:25:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 | |
| 14940984 | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | Feb 07 2024 01:28:45 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 | |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 08, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Valerie J Brown lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7